Shelley G. Bryant (SBN 22925)
shelley@bwlaw.com
Amanda B. Whitten (SBN 251160)
BRYANT WHITTEN, LLP
8050 North Palm Avenue, Suite 210
Fresno, CA 93711
Telephone: (559) 494-4910
Facsimile: (559) 421-0369

Attorneys for Plaintiff
CHRISTIE SLONSKI

Joan E. Smiles (SBN 162529)
jsmiles@seyfarth.com
Jeffrey A. Berman (SBN 50114)
jberman@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:    (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Plaintiff
ADVENTIST HEALTH SYSTEM/WEST, a California
corporation, and DOES 1 through 20, inclusive

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE SLONSKI,<br><br>    Plaintiff,<br><br>vs.<br><br>ADVENTIST HEALTH SYSTEM WEST a California Corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:12-cv-02782-JAM-KJN<br><br>**STIPULATION AND ORDER TO SUBMIT MATTER TO BINDING ARBITRATION AND TO STAY ACTION** |

Plaintiff Christie Slonski ("Slonski" or "Plaintiff") and defendant Adventist Health System/West ("Adventist Health" or "Defendant"), through their respective counsel of record, stipulate and agree as follows:

WHEREAS, Slonski was formerly employed by Adventist Health;

1

1  WHEREAS, Slonski was terminated from her employment with Adventist Health on or about October 1, 2012;

2  WHEREAS, on or about November 13, 2012, Slonski filed a Complaint against Adventist Health in the United States District Court, Eastern District of California, Case No. 2:12-cv-02782-JAM-KJN (the "Action");

3  WHEREAS, Defendant has not yet filed an answer, motion, petition to compel arbitration, or other responsive pleading to Slonski's Complaint;

4  WHEREAS, during her employment with Adventist Health, Slonski executed an agreement under which Adventist Health contends that (a) Slonski agreed to final and binding arbitration of all of the claims Slonski is purporting to or could assert in the Action against Defendant, and under which Defendant contends that (b) final and binding arbitration is the exclusive remedy for resolving any such claims (a copy of the agreement to arbitrate and Adventist Health's Grievance and Arbitration Procedures (the "Procedure") are attached hereto as Exhibit A, and which are incorporated herein by this reference);

5  WHEREAS, the parties have agreed to submit the claims Slonski is purporting to or could assert against Defendant in this Action to final and binding arbitration pursuant to the parties' agreement to arbitrate, and have further agreed that the Court shall stay the Action until final determination of the arbitration proceedings;

Therefore, it is hereby STIPULATED AND AGREED by and between the parties hereto, by and through their respective counsel of record as follows:

1. The claims alleged against Adventist Health in Slonski's Complaint (or in any other amendments thereto) shall be resolved through final and binding arbitration pursuant to Adventist Health's Grievance and Arbitration Procedures;

2. The parties agree that the Court shall enter an order compelling Slonski to arbitrate the claims she is purporting to or could assert against Adventist Health in this Action to final and binding arbitration pursuant to the parties' agreement to arbitrate, and the Court shall stay the Action until the final determination of the arbitration proceedings;

3. Subject to this Stipulation, by stipulating to this Order, neither Slonski nor any Defendant waives any claims or defenses, whether substantive or procedural;

4. Signatures on this Stipulation may be transmitted by facsimile and/or electronically scanned and emailed copies with the same force and effect as originals; and

5. The Court may enter the following Order.

Dated:  December ___, 2012                    **BRYANT WHITTEN, LLP**
Shelley G. Bryant
Amanda Whitten


By: _____
Attorneys for Plaintiff Christie Slonski

Dated:  December ___, 2012                    **SEYFARTH SHAW LLP**
Joan E. Smiles
Jeffrey A. Berman


By: _____
Joan E. Smiles
Attorneys for Defendant Adventist Health System/West

# ORDER

Upon consideration of the foregoing Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. Plaintiff Christie Slonski is ordered to submit to final and binding arbitration the claims against Defendant Adventist Health System/West set forth in, or which could have been asserted in, her Complaint in this Action, pursuant to the terms of the parties' agreement to arbitrate;

2. The Action is stayed until the final determination of the arbitration proceedings.

Dated:   12/12/2012                                   /s/ John A. Mendez
                                                     Hon. John A. Mendez
                                                     Judge, United States District Court
                                                     Eastern District of California