1 **SHELLEY G. BRYANT - #222925**
**AMANDA B. WHITTEN - #251160**
2 **BRYANT WHITTEN, LLP**
8050 North Palm Avenue, Suite 210
3 Fresno, California 93711
(559) 494-4910 Telephone
4 (559) 421-0369 Facsimile

6 Attorneys for Plaintiff, CHRISTIE SLONSKI

8 UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 CHRISTIE SLONSKI, | Case No. 2:12-cv-02782 JAM KJN |
| 11   Plaintiff, | **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) AND ORDER THEREON** |
| 12 vs. | |
| 13 ADVENTIST HEALTH SYSTEM WEST a California Corporation, and DOES 1 through 20, 14 inclusive, | |
| 15   Defendants. | |

17    TO THE COURT AND ALL PARTIES OF RECORD:

18    Plaintiff, CHRISTIE SLONSKI, by and through her attorneys of record, and Defendant, ADVENTIST HEALTH SYSTEM WEST, by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

21 Dated: September 25, 2013     BRYANT WHITTEN, LLP

23                /s/
                SHELLEY G. BRYANT, Attorneys for Plaintiff,
24              CHRISTIE SLONSKI

1

2 Dated: September 25, 2013          SEYFARTH SHAW LLP

3

4          /s/
         NICOLE A. BOLSON, Attorneys for Defendants,
5          ADVENTIST HEALTH SYSTEM WEST

6          **ORDER**

7

8     IT IS SO ORDERED.

9

10 Dated: 9/25/2013          /s/ John A. Mendez
         UNITED STATES DISTRICT COURT JUDGE
11          EASTERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28